# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00408-MLB-CMS
## USA v. Clark et al
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 01/26/2022.

TIME COURT COMMENCED: 2:10 P.M.
TIME COURT CONCLUDED: 3:20 P.M.
TIME IN COURT: 1:10
OFFICE LOCATION: Atlanta

COURT REPORTER: Jana Colter
USPO: Candice Logan
DEPUTY CLERK: Jessica Kelley

| | |
|---|---|
| DEFENDANT(S): | [6]Christopher Allen Present at proceedings |
| ATTORNEY(S) PRESENT: | Steven Berne representing Christopher Allen<br>C. Brockington representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | A sentencing hearing was held. Defendant sentenced to count 1 of the indictment. See J&C for sentence. Defendant remains out of custody on the previously set conditions of bond. |
| HEARING STATUS: | Hearing Concluded |